IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01696-AP

Melanie L. Colosky,

    Plaintiff,

v.

Carolyn Colvin,
Acting Commissioner of Social Security
    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Anthony Sokolow
1155 Kelly Johnson Blvd., Suite 111
Colorado Springs, Colorado 80920
(719) 260-3842
asokolow@asokolow.com

For Defendant:

| | |
|---|---|
| John F. Walsh<br>United States Attorney<br><br>J.B. García<br>Assistant United States Attorney<br>District of Colorado | Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, Suite 4169<br>Denver, Colorado 80294-4003<br>(303) 844-0815<br>stephanie.kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed: June 27, 2013**

    B.    **Date Complaint Was Served on U.S. Attorney's Office: July 9, 2013**

    C.    **Date Answer and Administrative Record Were Filed: September 9, 2013**

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

## 7. OTHER MATTERS

This case involves a new application filed. To the best of the parties' knowledge, this case has not previously been before this Court.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due: November 12, 2013**

    B.    **Defendant's Response Brief Due: December 11, 2013**

    C.    **Plaintiff's Reply Brief (If Any) Due: December 26, 2013**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**

    B.    **Defendant's Statement: Defendant does not request oral argument**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

- A.  ( x )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

- B.  (   )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 16th day of September, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s/ Anthony L. Sokolow
Anthony Sokolow
1155 Kelly Johnson Blvd., Suite 111
Colorado Springs, Colorado 80920
Telephone: (719) 260-3842
asokolow@asokolow.com
Attorney for Plaintiff

/s/ Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
1961 Stout Street, Suite 4169
Denver, Colorado 800294-4003
stephanie.kiley@ssa.gov
Attorney for Defendant