**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01696-REB

MELANIE L. COLOSKY

    Plaintiff

v.

CAROLYN W. COLVIN, Commissioner of Social Security

    Defendant

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming Commissioner of Judge Robert E. Blackburn entered on September 19, 2014. It is

ORDERED that the decision of Commissioner of Social Security is affirmed.

Dated at Denver, Colorado this 22th day of September, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By: s/   s/A. Lowe

                s/A. Lowe
                Deputy Clerk